**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

JERMAINE HOLMES,

    Plaintiff,

vs.                                                    Case No. 3:12-cv-386-J-32JRK

ENHANCED RECOVERY COMPANY, LLC,

    Defendant.

## ORDER

The Court has been advised that this case has been settled (Doc. 4). Accordingly, it is now

**ORDERED:**

1. The parties shall have until **July 5, 2012** to file a joint motion for dismissal or other appropriate documents to close out this file.

2. If the parties have not filed settlement pleadings or a request for extension of time by the **July 5, 2012** deadline, this case will automatically be deemed to be dismissed without prejudice. **The parties are cautioned that in some cases, the Court may not have jurisdiction to enforce settlement agreements once the case has been dismissed without prejudice; thus, if the parties have not finalized their settlement by the deadline, they are encouraged to move for an extension of that deadline.** The Clerk

should close the file now, subject to reopening if the parties file papers by the deadline.

**DONE AND ORDERED** at Jacksonville, Florida, this 8th day of May, 2012.

TIMOTHY J. CORRIGAN
United States District Judge

mg.
Copies to:
Counsel of Record