**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CASE NO. 3:12-cv-00386-TJC-JRK

JERMAINE HOLMES,

    Plaintiff,

v.

ENHANCED RECOVERY COMPANY, LLC,

    Defendant.
_____/

**NOTICE IS GIVEN** that Plaintiff hereby files with the Clerk of the District Court of Florida Plaintiff's dismissal of this case with prejudice, a copy of which is herewith served upon Defendant.

**RESPECTFULLY SUBMITTED** this 25th Day of June, 2012.

    By: s/Alex Weisberg
    ALEX D. WEISBERG
    FBN: 0566551
    WEISBERG & MEYERS, LLC
    ATTORNEYS FOR PLAINTIFF
    5722 S. Flamingo Rd, Ste. 656
    Cooper City, FL 33330
    (954) 212-2184
    (866) 577-0963 fax
    aweisberg@attorneysforconsumers.com

Filed electronically on this 25th Day of June, 2012, with:

United States District Court CM/ECF system

By: s/Dana Patch
    Dana Patch

Notice of Dismissal - 1

## **CERTIFICATE OF SERVICE VIA REGULAR MAIL**

I, Alex D. Weisberg, certify that a true and correct copy of the foregoing was served upon Ginny L. Rodriguez, Enhanced Recovery Company, LLC, 8014 Bayberry Rd., Jacksonville, FL 32256, by depositing the same on June 25, 2012, in the U.S. Mail in an envelope with first class postage prepaid thereon.

> By: s/ Alex Weisberg
> ALEX D. WEISBERG
> FBN: 0566551
> WEISBERG & MEYERS, LLC
> ATTORNEYS FOR PLAINTIFF
> 5722 S. Flamingo Rd, Ste. 656
> Cooper City, FL 33330
> (954) 212-2184
> (866) 577-0963 fax
> aweisberg@attorneysforconsumers.com