UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JERMAINE HOLMES,

        Plaintiff,

vs.                                    Case No. 3:12-cv-386-J-32JRK

ENHANCED RECOVERY COMPANY, LLC,

        Defendant.

## ORDER

Upon review of the plaintiff's Notice of Voluntary Dismissal (Doc. 6), this case is dismissed with prejudice.

**DONE AND ORDERED** at Jacksonville, Florida, this 10th day of July, 2012.

TIMOTHY J. CORRIGAN
United States District Judge

mg.
Copies to:
Counsel of Record